WHITEWOOD LAW
YOUR INNOVATION, OUR EXPERTISE

7 West 57th Street, 3rd & 4th
**T:** +1 (917) 858-8018 | **E:** smı
**W:** whitewoodlaw.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/8/2026

October 7, 2026

**VIA ECF**
Hon. Analisa Torres
Courtroom 15D
United States Courthouse
500 Pearl Street
New York, NY 10007

**JOINT LETTER MOTION TO STAY**

**Re:** *National Association for Stock Car Auto Racing, LLC v. Thomasulo,* Case No. 26-cv-06327-AT

Dear Hon. Judge Torres:

I am Counsel for Plaintiff National Association for Stock Car Auto Racing, LLC ("NASCAR") in this matter. Plaintiff NASCAR and Defendant Steven Thomasulo, proceeding pro se, (the "Parties") respectfully write to jointly request that this action be stayed while the parties work toward resolving this matter through settlement discussions.

The Parties are engaged in settlement discussions and believe that a stay will conserve the resources of the Parties and the Court while those discussions continue. Accordingly, the Parties respectfully request that the Court stay this case for thirty (30) days, and that the deadlines set by the Court's August 10, 2026 Initial Pretrial Scheduling Order—including the October 9, 2026 deadlines for the parties' joint letter and jointly proposed Case Management Plan and Scheduling Order, and for the parties' submission regarding consent to proceed before the Magistrate Judge—be held in abeyance during the stay.

The Parties will file a joint status report by November 5, 2026, advising the Court whether this matter has been resolved or, if it has not, proposing a schedule for the remainder of the case. No party will be prejudiced by the requested stay, and no party has previously requested a stay of this action.

The parties respectfully request that the Court so-order this request.

GRANTED. All deadlines are stayed. By **November 5, 2026,** the parties shall file their joint status update.

SO ORDERED.

Dated: October 8, 2026
New York, New York

ANALISA TORRES
United States District Judge